NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIE LEE CLARK, DOC #487678,    )
                                  )
            Appellant,            )
                                  )
v.                                )   Case No. 2D18-3159
                                  )
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
_____    )

Opinion filed June 5, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Willie Lee Clark, pro se.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and KELLY and ROTHSTEIN-YOUAKIM, JJ., Concur.